IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>MARCELONE HUGHES,<br><br>    Debtor.<br><br>CITY OF FRESNO,<br><br>    Garnishee. | Case No. 1:24-mc-00064-EPG<br><br>ORDER TERMINATING WRIT OF GARNISHMENT, DIRECTING GARNISHEE TO RELEASE FUNDS, AND DIRECTING PLAINTIFF TO SERVE THIS ORDER ON GARNISHEE<br><br>Criminal Case No. 1:02-CR-05370-DAD-EPG |

The Court, having carefully reviewed the entire file, and the United States' Request for an Order Terminating Writ of Garnishment ("Request"), and finding good cause therefrom, hereby GRANTS the Request. Accordingly, and pursuant to the Court's September 30, 2024, order (ECF No. 22), it is ORDERED THAT:

1. Pursuant to 28 U.S.C. § 3205(c)(10), the Writ of Garnishment issued on May 2, 2024, is hereby TERMINATED (ECF No. 4);

2. Upon receipt of this order, Garnishee City of Fresno shall discontinue withholding funds pursuant to the garnishment and is directed to release all remaining funds withheld in accordance with the writ of garnishment to the Defendant, Marcelone Hughes;

1

3. The United States shall serve a copy of this order on Garnishee City of Fresno. The United States shall file a certificate of service with the Court within seven (7) days of serving Garnishee City of Fresno with a copy of this order. Upon the filing of the proof of service, the Court shall direct the Clerk of Court to terminate all pending deadlines and to close this case; and

4. The Court shall retain jurisdiction to resolve matters through ancillary proceedings in the case, if necessary.

IT IS SO ORDERED.

Dated: **October 15, 2024**    /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

2